FILED
JUN 30 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 11CR2776-BEN |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| ALEXIS GARCIA (1), ANA MARGARITA GARCIA-SOBERANES (2), | ) | |
| Defendants. | ) | |

The United States Attorney charges:

On or about June 9, 2011, within the Southern District of California, defendants ALEXIS GARCIA and ANA MARGARITA GARCIA-SOBERANES, knowing and in reckless disregard of the fact that an alien, namely, Jorge Humberto Hernandez-Perez, had come to, entered and remained in the United States in violation of law, did knowingly transport and move, or attempt to transport and move said alien, within the Southern District of California, in order to help said alien remain in the United States illegally; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 6/30/11.

LAURA E. DUFFY
United States Attorney

ZACHARY N. JAMES
Special Assistant U.S. Attorney

ZNJ:jam:San Diego
6/16/11