AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

FILED
JUN 3 0 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA
V.

__Alexis Garcia__

**WAIVER OF INDICTMENT**

11CR2776-BEN

CASE NUMBER: __11 MJ 2129__

I, __Alexis Garcia__, the above named defendant, who is accused of

__A violation of Title 18 USC section 1324(a)(1)(A)(ii)__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6-30-11__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Defendant_

_Counsel for Defendant_

Before _____
            _Judge_

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd