FILED
JUL 14 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11CR2776BEN |
| Plaintiff, | **I N F O R M A T I O N**<br>Superseding |
| v. | Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and |
| ALEXIS GARCIA (1),<br>ANA MARGARITA<br>GARCIA-SOBERANES (2), | (v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting; and Title 18, U.S.C., |
| Defendants. | Sec. 1001 -<br>False Statement to a Federal<br>Officer |

The United States Attorney charges:

Count 1

On or about June 9, 2011, within the Southern District of California, defendant ALEXIS GARCIA, knowing and in reckless disregard of the fact that an alien, namely, Jorge Humberto Hernandez-Perez, had come to, entered and remained in the United States in violation of law, did knowingly transport and move, or attempt to transport and move said alien, within the Southern District of California, in order to help said alien remain in the United States illegally; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

//

//

Count 2

On or about June 9, 2011, within the Southern District of California, defendant ANA MARGARITA GARCIA-SOBERANES, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that she was not involved in smuggling an illegal alien into the United States, whereas in truth and fact, as defendant then and here well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 7/14/11.

LAURA E. DUFFY
United States Attorney

ZACHARY N. JAMES
Special Assistant U.S. Attorney

ZNJ:jam:San Diego
7/13/11