| | |
|---|---|
| 1 | LAURA E. DUFFY |
|   | United States Attorney |
| 2 | MELANIE K. PIERSON |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 112520 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, CA 92101-8893 |
| 5 | Telephone: (619) 557-5685/Fax: (619) 557-7055 |
|   | Email: melanie.pierson@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 11CR02776-BEN |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| ALEXIS GARCIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Melanie K. Pierson | 112520 | (619) 557-5685 | Melanie.Pierson@usdoj.gov |

////

////

////

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:
3 | <u>Name</u>               <u>Cal. Bar No.</u>     <u>Telephone No.</u>     <u>Email Address</u>
4 | None.
5 | Please call me if you have any questions about this notice.
6 | DATED: August 8, 2011                    Respectfully submitted,
7 |                                          LAURA E. DUFFY
                                             United States Attorney
8 |
                                             *s/ Melanie K. Pierson*
9 |
                                             MELANIE K. PIERSON
10|                                          Assistant United States Attorney
                                             Attorneys for Plaintiff
11|                                          United States of America
                                             Melanie.Pierson@usdoj.gov

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 11CR02776-BEN |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CERTIFICATE OF SERVICE |
| ALEXIS GARCIA, et al., | ) ) | |
| Defendants. | ) ) | |

IT IS HEREBY CERTIFIED THAT:

I, MELANIE K. PIERSON, am a citizen of the United States and am at least 18 years of age. My business address is 880 Front Street, Room 6293, San Diego, California, 92101-8893. I am not a party to the above-entitled action. I have caused service of Government's Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Craig Joseph Leff (cleff@lefflegal.com)**

**Amy Kapoor (amy_kapoor@fd.org)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2011

                                    s/ *Melanie K. Pierson*
                                    MELANIE K. PIERSON
                                    Assistant United States Attorney

Notice of Appearance
U.S. v. Alexis Garcia, et al.          3                    11CR02776-BEN