# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>ALEXIS GARCIA (1),<br><br>                Defendant. | Criminal Case No. 11CR2776-BEN<br><br><u>ORDER</u> |

    No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count 1s of the Superseding Information.

DATED: August 22, 2011

                                                    Hon. Roger T. Benitez<br>                                                    United States District Judge