1  CRAIG J. LEFF
   California Bar Number 202144
2  2207 Catalina Boulevard
   San Diego, California 92107
3  Telephone: (619) 758-1712
   Facsimile : (619) 353-3821
4  Email: cleff@lefflegal.com

5  Attorney for Defendant
   ALEXIS GARCIA

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, ) | Case No.    11 CR 02776-001-BEN
                              ,)
12 |          Plaintiff,       ) | **CERTIFICATE OF SERVICE**
   | v.                        )
13 |                           ) | The Roger T. Benitez
   | ALEXIS GARCIA,            )
14 |                           ) | Date:   November 21, 2011
   |          Defendant.       ) | Time:   9:00 a.m.
15 |_____)

16     **It is Hereby Certified That:**

17     I, Craig J. Leff, am a citizen of the United States, over the age of 18 years old and am a

18 resident of San Diego County, California. My business address is 2207 Catalina Boulevard, San

19 Diego, California 92107. I am not a party to the above-entitled action. I served Mr. Garcia's

20 Sentencing Summary Chart, Sentencing Memorandum and Certificate of Service on the following

21 party, by electronically filing it with the Court's Electronic Case Filing System:

22     Melanie K. Pierson, Esq.
       880 Front Street, Rm. 6293
23     San Diego, California 92101

24     I declare, under the penalty of perjury under the laws of the United States of America, that

25 the foregoing is true and correct.

26 Dated: November 20, 2011              S/s *Craig J. Leff*

27                                              Declarant

28