# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 11 CR 2776-BEN
)
vs )  ABSTRACT OF ORDER
)
Alexis )  Booking No. 26683298
Maicia (1) )
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  December 19, 2011
the Court entered the following order:

__X__   Defendant be released from custody.

_____   Defendant placed on supervised / unsupervised probation / supervised release.

_____   Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____   Defendant released on $_____ bond posted.

_____   Defendant appeared in Court. FINGERPRINT & RELEASE.

_____   Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

__X__   Defendant sentenced to TIME SERVED, supervised release for __2__ years.

_____   c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:

_____dismissing appeal filed.

_____   Bench Warrant Recalled.

_____   Defendant forfeited collateral.

_____   Case Dismissed.

_____   Defendant to be released to Pretrial Services for electronic monitoring.

_____   Other_____

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR     Clerk
by
Deputy Clerk
G. Rivera

Received _____
DUSM

Crim-9   (Rev 6-95)                                                             ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY